```
                                          F I L E D
                                          Clerk's Office
                                          USDC, Mass.
         UNITED STATES DISTRICT COURT     Date  5-3-04
           DISTRICT OF MASSACHUSETTS
                                          By _____
                                              Deputy Clerk
```

*********************************
BRUCE HILDEBRANDT,
         Plaintiff

v.                                        CIVIL ACTION
                                          NO.  04-10462WGY
NORTH STAR FISHERIES, INC.,
         Defendant
*********************************

### JOINT 16(b) STATEMENT

The parties in the above-entitled matter, by and through their attorneys, hereby submit the following proposed Joint Statement pursuant to the provisions of Federal Rules of Civil Procedure 16(b) and Local Rule 16.1. The initial status conference on this case has been set for May 3, 2004 at 2:00 p.m.

I.  **Obligation of Counsel to Confer**

Counsel for the parties have conferred in accordance with the provisions of Local Rules 16.1. Counsel also certify that they have conferred with their respective clients concerning those matters set forth in Local Rule 16.1(D)(3) prior to the scheduling conference.

II. **Joint Statement Regarding Scheduling**

1. Factual discovery shall be conducted up to and including November 1, 2004;
2. Plaintiff's expert designation must be made by December 1, 2004;
3. Defendant's expert designation must be made by January 2, 2005;
4. Depositions of experts to be conducted and concluded, by February 15, 2005;
5. Trial of this matter to be undertaken on the earliest available date commencing April 1, 2005.

*May 7, 2004*
*As ordered as the Case Management Scheduling Order.*
*Discovery due February 15, 2005*
*Dispositive motions due February 1, 2005*

*William G. Young*
*Chief Judge*

III. **Certifications of Parties and Their Counsel**

The parties and their counsel herein certify that they have conferred with a view to establish a budget for the costs of conducting the full course, and various alternative courses of this litigation, and they have considered and discussed the resolution of this litigation through the use of alternative dispute resolution programs as outlined in Local Rule 16.4.

Plaintiff,
By his attorney,

_____
JOSEPH M. ORLANDO, ESQ.
BBO# 380215
BRIAN S. MCCORMICK, ESQ.
BBO# 550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

Defendant,
By its attorney,

_____
ROBERT E. KIELY, ESQ.
BBO# 556640
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109

Date: 5/3/04

Cases/Hildebrand/Bruce/Jt16(b)Stmt