UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
***********************************
BRUCE HILDEBRANDT,
          Plaintiff

     v.                                CIVIL ACTION
                                       NO.: 04-10462WGY
NORTH STAR FISHERIES, INC.,
          Defendant
***********************************
```

### PLAINTIFF'S EMERGENCY MOTION FOR AN ORDER REQUIRING THE DEFENDANT TO FULFILL ITS OBLIGATIONS UNDER THE GENERAL MARITIME LAW

Now comes the plaintiff in the above-entitled matter and respectfully moves this Honorable Court for an emergency order requiring the defendant, fulfill its cure obligations with respect to long outstanding medical bills incurred by the plaintiff in the treatment of his injuries sustained in the service of the vessel; to pay for reasonable and necessary additional medical treatment; and to pay the plaintiff maintenance, as is required under the General Maritime Law. In further support thereof, the plaintiff respectfully refers this Honorable Court to his memorandum, filed contemporaneously herewith.

                              Plaintiff,
                              By his attorneys,

                              /s/ Brian S. McCormick
                              BRIAN S. MCCORMICK, ESQ.
                              BBO# 550533
                              JOSEPH M. ORLANDO, ESQ.
                              BBO# 380215
                              Orlando & Associates
                              One Western Avenue
                              Gloucester, MA 01930
                              (978) 283-8100

CERTIFICATE OF SERVICE

I, Brian S. McCormick, attorney for the plaintiff herein, hereby certify that I served a copy of the foregoing Plaintiff's Emergency Motion for an Order Requiring the Defendant to Fulfill its Obligations Under the General Maritime Law, by mail, postage prepaid, to Robert Kiely, Esq., Regan & Kiely LLC, 85 Devonshire Street, Boston, Massachusetts 02109, on this 23rd day of July, 2004.

_____
BRIAN S. MCCORMICK, ESQ.

Cases/Hildebrandt/Bruce/PltfEmerMoOrdReqDefFulOblUndGML