UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUCE HILDEBRANDT
    Plaintiff

v.                                          CIVIL NO. 04-10462 JLA

NORTHSTAR FISHERIES, INC.
    Defendant

NOTICE OF
<u>STATUS CONFERENCE</u>

ALEXANDER, M.J.,

**PLEASE TAKE NOTICE** that the above-entitled action has been scheduled for a <u>Status Conference</u> at **2:30 p.m.** on **Tuesday, November 9, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                      HONORABLE JOYCE LONDON ALEXANDER
                                      UNITED STATES MAGISTRATE JUDGE

                                        By the Court:

<u>October 19, 2004</u>                  <u>/S/ Rex Brown</u>
Date                               Courtroom Clerk
                                (617) 748-9238

Notice to:    Brian M. McCormick, Esq.
                *Via electronic notice*
                Robert E. Kiely, Esq.
                *Via electronic notice*