UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRUCE HILDEBRANDT,
                Plaintiff

        v.                                    CIVIL ACTION
                                              NO.: 04-10462WGY

NORTH STAR FISHERIES, INC.,
                Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Now come the parties in the above-entitled matter and respectfully request a continuance of a Status Conference scheduled for November 9, 2004, at 2:30 p.m. to a date convenient for the court after February 1, 2005. As grounds therefore, the parties state the following:

1.    Upon learning that he was scheduled to appear in front of this Honorable Court today, Attorney McCormick researched whether the Order of Conference had been received by his office. The order was located on line; however, for reasons which are unclear, was not diaried. Because the order was not diaried, Attorney McCormick was unaware that the proceeding was scheduled.

2.    Through a strange coincidence, the same order was mis-diaried by Attorney Kiely's office. Specifically, the Status Conference was recorded as having been scheduled for November 19, 2004, by Attorney Kiely's office.

3.    In the ordinary course, this error normally would have been discovered and rectified by virtue of the ongoing communications between counsel for the Plaintiff and counsel for the Defendant. However, since neither office had the date properly recorded, the error was not discovered.

4.    Both Attorney McCormick and Attorney Kiely, as maritime practitioners, routinely appear in the Federal Court, and this failure to appear is highly uncharacteristic of either individual or their respective offices.

11/9/04 *[handwritten signature]*, MJ. Allowed. Continued to February 9th at 2:15 P.M. 2005

5.    With respect to the status of the case, the Plaintiff suffered a right rotator cuff tear, and has actively been treating for same, including surgery followed by physical therapy. The Plaintiff is now nearing the final stages of his physical therapy treatment. The parties have intentionally attempted to minimize discovery in the case thus far, pending the Plaintiff's achievement of maximum medical improvement, in the hope that the case could then be evaluated for settlement by both sides.

6.    Given this timetable, the parties anticipate that active negotiations, geared towards resolution of the case, can be commenced in the very near future.

7.    The parties further anticipate that there will be a much clearer picture as to the settlement posture of the case by February 2005.

WHEREFORE, the parties respectfully request that this Honorable Court continue the status conference to a date convenient for the Court on or after February 1, 2005.

Plaintiff,
By his attorney,

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
BBO #550533
Tel: (978) 283-8100
Fax: (978) 283-8507

Defendant,
By its attorney,

Robert Kiely, Esq.
Regan & Kiely LLC
85 Devonshire Street
Boston, MA 02109
BBO # 556640
Tel: (617) 723-0901
Fax: (617) 723-0977

## CERTIFICATE OF SERVICE

I, Brian S. McCormick, attorney for the plaintiff herein, hereby certify that I served a copy of the foregoing Joint Motion for Continuance of Status Conference, by facsimile and mail, postage prepaid, to Robert Kiely, Esq., Regan & Kiely LLC, 85 Devonshire Street, Boston, Massachusetts 02109, on this 9th day of November, 2004.

BRIAN S. MCCORMICK, ESQ.

Cases/Hildebrandt/Bruce/Motions/Jt.Mo.Con.StatusConf