UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 28  P 1:04

U.S. DISTRICT COURT
DISTRICT OF MASS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRUCE HILDEBRANDT,
       Plaintiff

v.

NORTH STAR FISHERIES, INC.,
       Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION
NO. 04 10462-WGY

## PLAINTIFF'S MOTION TO ENLARGE TIME

Now comes the plaintiff in the above-entitled matter and moves this Honorable Court for an order enlarging the time by which all dispositive motions must be filed from February 1, 2005 until June 1, 2005. As grounds therefore, plaintiff states the following:

1. There continues to be discovery which needs to be completed in the above referenced case. Specifically, the plaintiff's deposition is scheduled for February 8, 2005, and the vessel owner's deposition for February 11, 2005. The plaintiff will be unable to ascertain whether or not a motion for summary judgment, or other dispositive relief is appropriate until such time as this discovery is completed.

2. Additionally, based upon the testimony given by the vessel's owner, Monte Rome, some additional discovery may be required.

3. While it appears unlikely, at this time, that dispositive motions would be appropriate in the instant case, the plaintiff wishes to reserve the right to file same following the completion of discovery.

WHEREFORE, the plaintiff respectfully moves this Honorable Court for an extension of time in which he must file any dispositive motion up to and including June 1, 2005.

Plaintiff,
By his attorney,

_____
BRIAN S. MCCORMICK, ESQ.
BBO# 550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100


CERTIFICATE OF SERVICE

I, Brian S. McCormick, attorney for the plaintiff herein, hereby certify that I served a copy of the foregoing Plaintiff's Motion to Enlarge Time, by mail, postage prepaid, to Robert Kiely, Esq., Regan & Kiely LLC, 85 Devonshire Street, Boston, Massachusetts 02109, on this 26th day of January, 2005.

_____
BRIAN S. MCCORMICK, ESQ.


Cases/Hildebrandt/Bruce/Motions/PltfsMoEnlargeTime