UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUCE HILDEBRANDT
    Plaintiff

V.                                        CIVIL NO. 04-10462 JLA

NORTH STAR FISHERIES, INC.
    Defendants

**ORDER**

**DIRECTING THE PARTIES TO FILE A STIPULATION OF DISMISSAL**

May 4, 2005

ALEXANDER, M. J.

In that this Court has been advised by counsel, prior to hearing on this date, that the parties have reached a settlement, the parties are hereby directed to file a Stipulation of Dismissal with the Clerk's Office forthwith.

SO ORDERED.

                                                          /S/ Joyce London Alexander
                                                            United States Magistrate Judge