UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRUCE HILDEBRANDT,
       Plaintiff

  v.
                           CIVIL ACTION
                           NO. 04 10462-JLA

NORTH STAR FISHERIES, INC.,
       Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION OF DISMISSAL**

All the parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that this case be dismissed, with prejudice and without costs.

                           Plaintiff,
                           By his attorneys,

                           BRIAN S. MCCORMICK, ESQ.
                           BBO# 550533
                           Orlando & Associates
                           One Western Avenue
                           Gloucester, MA 01930
                           (978) 283-8100


                           Defendant,
                           By its attorneys,

                           Robert Kiely, Esq.
                           BBO # 556640
                           Regan & Kiely LLC
                           85 Devonshire Street
                           Boston, MA 02109
                           (617) 723-0901


Dated: May 4, 2005